IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA FINCH, as Next Friend                                                               PLAINTIFF
of Johnny Ebert


VS.                                         CASE NO. 4:05-CV-4070

TEXARKANA SCHOOL DISTRICT
NO. 7 OF MILLER COUNTY                                                                    DEFENDANT

## ORDER

Before the Court is a Motion for Summary Judgment filed on behalf of Defendant Texarkana School District No. 7 of Miller County. (Doc. 27). Plaintiff Linda Finch, as Next Friend of Johnny Ebert, has responded. (Doc. 30). Defendant has replied to Plaintiff's response. (Doc. 33). Plaintiff filed a Sur-Reply to Defendant's reply. (Doc. 37).

For reasons stated in the Court's Memorandum Opinion of even date, Defendant's Motion for Summary Judgment should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion for Summary Judgment is **GRANTED** with regard to Plaintiff's intentional infliction of emotional distress claim, which is hereby **DISMISSED** with prejudice. Defendant's Motion for Summary Judgment is **DENIED** with regard to the remainder of Plaintiff's claims. Accordingly, Plaintiff's claims brought pursuant to § 1983, Title IX, the Individuals with Disabilities Education Act, Section 504 of the Rehabilitation Act, along with Plaintiff's negligence claim, proceed to trial by jury.

**IT IS SO ORDERED**, this 3rd day of April, 2008.

                                                 /s/Harry F. Barnes
                                               Hon. Harry F. Barnes
                                               United States District Judge