IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA FINCH, as Next Friend                                                                PLAINTIFF
of Johnny Ebert


VS.                                          CASE NO. 4:05-CV-4070

TEXARKANA SCHOOL DISTRICT
NO. 7 OF MILLER COUNTY                                                                      DEFENDANT

## ORDER

Now on this 26th day of June, following the close of Plaintiff Linda Finch's case-in-chief, came before the Court the oral motion of Defendant Texarkana School District No. 7 of Miller County ("the School District") pursuant to Rule 50 of the Federal Rules of Civil Procedure. Upon consideration of the School District's motion and Plaintiff's responses thereto, the Court is satisfied that no legally sufficient evidentiary basis exists upon which the jury could find for Plaintiff with regard to any of her claims. Accordingly, it is hereby

ORDERED that the School District's Rule 50 motion is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED

                                                            /s/Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge